ACCEPTED
03-14-00735-CV
5212707
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 1:51:59 PM
JEFFREY D. KYLE
CLERK



# Office of Public Utility Counsel

**Tonya Baer**
**Public Counsel**

P.O. Box 12397
Austin, Texas 78711-2397
Tel: (512) 936-7500   Fax:  (512) 936-7525
Toll Free: (877) 839-0363

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/8/2015 1:51:59 PM

JEFFREY D. KYLE
Clerk

May 8, 2015

**VIA E-FILE**

The Honorable Jeffrey D. Kyle
Clerk, Court of Appeals
209 W. 14th St., Room 101
Austin, Texas 78701

Re:   Appeals Docket No. 03-14-00735-CV; Trial Court Case No. D-1-GN-13-000121; *Entergy Texas, Inc. et al v. Public Utility Commission of Texas, et al.*

Dear Mr. Kyle:

The Office of Public Utility Counsel wishes to inform the Court that we do not intend to file an Appellee's Brief in this proceeding.  OPUC has filed an Appellant's Brief and anticipates filing an Appellant's Reply Brief and presenting oral argument, if granted.

Respectfully submitted,

/s/ *Sara J. Ferris*
Sara J. Ferris
Senior Assistant Public Counsel
State Bar No. 50511915
Office of Public Utility Counsel
1701 N. Congress Avenue, Suite 9-180
Austin, Texas 78701
sara.ferris@opuc.texas.gov

**1701 North Congress Avenue, Suite 9-180 ● Austin, Texas 78701**

May 8, 2015
Page 2

**CERTIFICATE OF SERVICE**

As required by Texas Rule of Appellate Procedure 9.5, I certify that on the 8th day of May, 2015, the Office of Public Utility Counsel's letter regarding Appellee's Brief was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties listed below via electronic service:

| | |
|---|---|
| *Counsel for Entergy Texas, Inc.* | John F. Williams<br>Marnie A. McCormick<br>Duggins Wren Mann & Romero, LLP<br>P.O. Box 1149<br>Austin, Texas  78767-1149 |
| *Counsel for Cities of Anahuac, Beaumont, et. Al.* | Daniel J. Lawton<br>Lawton Law Firm PC<br>12600 Hill Country Blvd., Suite R 275<br>Austin, Texas  78738 |
| *Counsel for State Agencies of Texas* | Katherine H. Farrell<br>Assistant Attorney General<br>Administrative Law Division –<br>Rates Section<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas  78711-2548 |
| *Counsel for Texas Industrial Energy Consumers* | Rex. D. VanMiddlesworth<br>Benjamin Hallmark<br>Thompson & Knight, LLP<br>98 San Jacinto Blvd, Ste. 1900<br>Austin, Texas  78701 |
| *Counsel for the Public Utility Commission of Texas* | Elizabeth R. B. Sterling<br>Assistant Attorney General<br>Environmental Protection Division<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |

*/s/ Sara J. Ferris*
Sara J. Ferris